# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMARITH SOUKTHAVONE,<br><br>                                    Plaintiff(s)<br>v.<br><br>LOANME, INC.,<br><br>                                    Defendant(s). | CASE NUMBER<br><br>2:19-cv-00735-CJC(AFMx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Hatzidimitriadis, Taxiarchis
*Applicant's Name (Last Name, First Name & Middle Initial)*

(630) 575-8181         (630) 575-8188
*Telephone Number     Fax Number*

thatz@sulaimanlaw.com
*E-Mail Address*

of  Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TAMMARITH SOUKTHAVONE

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Wajda, Nicholas M.
*Designee's Name (Last Name, First Name & Middle Initial)*

259178              (310) 997-0471        (866) 286-8433
*Designee's Cal. Bar No.  Telephone Number    Fax Number*

nick@wajdalawgroup.com
*E-Mail Address*

of  Wajda Law Group, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, CA 90064
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application:
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
 ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: February 15, 2019**

                                                               *[signature]*
                                                               **Cormac J. Carney, U.S. District Judge**